STATE of Missouri, Respondent,

v.

Ronnie BARR, Appellant.

No. WD 37679.

Missouri Court of Appeals,
Western District.

Sept. 2, 1986.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Nov. 4, 1986.

Application to Transfer Denied
Dec. 16, 1986.

Sean O'Brien, Public Defender, Bruce R. Anderson, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Elizabeth A. Levin, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, P.J., and SHANGLER and KENNEDY, JJ.

ORDER

PER CURIAM:

Ronnie Barr appeals his conviction of capital murder, § 565.001, RSMo 1978, and sentence to life imprisonment without eligibility of probation or parole for 50 years.

Judgment affirmed. Rule 30.25(b).

STATE of Missouri, Respondent,

v.

Bobby E. BROWN, Appellant.

WD 37774.

Missouri Court of Appeals,
Western District.

Sept. 2, 1986.

Motion for Rehearing and/or
Transfer to Supreme Court Denied
Nov. 4, 1986.

Application to Transfer Denied
Dec. 16, 1986.

Sean D. O'Brien, Public Defender, David S. Durbin, Asst. Public Defender, Kansas City, for appellant.

William Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before LOWENSTEIN, P.J., and MANFORD and GAITAN, JJ.

ORDER

PER CURIAM:

Direct appeal from a conviction for murder, second degree, in violation of § 565.004, RSMo 1978.

Judgment affirmed. Rule 30.25(b).